## Commonwealth *v.* Kostka, Appellant.

Argued March 15, 1976. *Mark J. Goldberg*, with him *Goldberg &*

*Wedner,* for appellant; *James F. McClure, Jr.,* District Attorney, and *Graham C. Showalter,* County Solicitor, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.